JOHN ST. DENNIS AND WIFE, MIGNON M. ST. DENNIS, AND ANTHONY REDMOND, TRUSTEE, v. L. W. THOMAS AND WIFE, EDITH R. THOMAS.

(Filed 9 April, 1952.)

**1. Abatement and Revival § 9—**

   The test of identity of actions for the purpose of a plea in abatement is whether judgment in the prior action would support a plea of *res judicata* in the second.

**2. Same—**

   An action to recover damages for deceit in the sale of certain real property and to restrain defendants from negotiating, transferring or pledging the note executed for the balance of the purchase price, *held* not to support a plea in abatement in a subsequent action by the grantors and trustee to

recover on the note for the balance of the purchase price and foreclose the deed of trust securing it, since judgment in the prior action would not constitute *res judicata* in the second.

APPEAL by defendants from *Bennett, Special Judge,* December 1951 Term, BUNCOMBE.

Civil action to recover on a promissory note and for the foreclosure of a deed of trust.

On 9 April, 1951, L. W. Thomas and wife, Edith R. Thomas, instituted in the Superior Court of Buncombe County an action in tort for deceit against John St. Dennis and wife, Mignon M. St. Dennis, alleging that said defendants perpetrated a fraud upon them in the sale of certain real property. They seek to recover upon their allegations of fraud $22,500 actual damages, $9,000 special damages, and $25,000 punitive damages, and to restrain the defendants and the First National Bank & Trust Company from negotiating, transferring, hypothecating, pledging, or otherwise encumbering the title to the note executed for the balance of the purchase price of said real estate. The summons and complaint were served upon the said Bank on 10 April, 1951. On 23 April, 1951, the defendants appeared, petitioned the court and obtained an order allowing them through 15 May, 1951, in which to plead and answer the rule to show cause. This suit is now pending in Buncombe County.

On 17 July, 1951, John St. Dennis and wife, Mignon M. St. Dennis, and Anthony Redmond, Trustee, instituted this suit in the Superior Court of Buncombe County to recover on a promissory note and to secure a foreclosure of the deed of trust securing said note. It is stipulated that both the summons and complaint were properly served and the defendants appeared generally and answered. Plea in abatement was filed as a part of defendants' answer on the ground that the first suit is now pending in the Superior Court of Buncombe County between the same parties and involving the same subject matter and that all the rights of the plaintiffs in this action could and should be determined in the prior action.

From the overruling of the plea in abatement, the defendants appealed, assigning errors.

*George A. Shuford for plaintiffs, appellees.*
*E. L. Loftin and George H. Ward for defendants, appellants.*

VALENTINE, J. The trial judge was correct in overruling the plea in abatement. *Brown v. Polk,* 201 N.C. 375, 160 S.E. 357.

The parties in the two suits are not identical. The causes of action are different, and the results sought are dissimilar. The final judgment in the prior action instituted by L. W. Thomas and wife, Edith R. Thomas, against John St. Dennis and wife, Mignon M. St. Dennis, would not prop-

erly support a plea of *res judicata* in the present action. This is a crucial test of identity. *Hawkins v. Hughes,* 87 N.C. 115; 1 C.J. 56; *Bank v. Broadhurst,* 197 N.C. 365, 148 S.E. 452; *Thompson v. Herring,* 203 N.C. 112, 164 S.E. 619; *Oil Co. v. Fertilizer Co.,* 204 N.C. 362, 168 S.E. 411.

Nothing was said in the cases cited in appellants' brief which militates against our present position.

The judgment of the court below must be
Affirmed.